UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CUNO INCORPORATED, : | |
|     Plaintiff, : | Civil Action No. 3:04CV936 (MRK) |
| v. : | |
| MILLIPORE CORPORATION, : | January 31, 2005 |
|     Defendant. : x | |

## STIPULATED ORDER OF DISMISSAL

WHEREAS, plaintiff Cuno Incorporated and defendant Millipore Corporation have entered into a Settlement Agreement to resolve this action, and have agreed to the terms of this Order as part of their resolution;

IT IS HEREBY ORDERED AS FOLLOWS:

1. All matters in controversy having been fully settled and compromised between the parties, the claims in this case are dismissed with prejudice, and the counterclaims are dismissed for lack of a continuing controversy.

2. Each party shall bear its own costs, including attorney's fees.

SO STIPULATED AND AGREED:

THE PLAINTIFF,
CUNO INCORPORATED

By: _____
Catherine Dugan O'Connor (ct 17316)
DAY, BERRY & HOWARD LLP
One Canterbury Green
Stamford, CT 06901
Telephone: (203) 977-7300
Fax: (203) 977-7301
Email: cdoconnor@dbh.com

**OF COUNSEL**
Arthur M. Dresner
REED SMITH LLP
599 Lexington Ave.
New York, NY 10022
Tel:     (212) 521-5400
Fax:     (212) 521-5450

THE DEFENDANT,
MILLIPORE CORPORATION

By: _____
Michael J. Dorney (ct 04187)
Ben A. Solnit (ct 00292)
TYLER COOPER & ALCORN, LLP
205 Church Street
P.O. Box 1936
New Haven, Connecticut 06509-1910
Telephone: (203) 784-8200
Fax: (203) 789-2133
Email:   dorney@tylercooper.com
         solnit@tylercooper.com

**OF COUNSEL**
Charles P. Kennedy
LERNER, DAVID, LITTENBERG,
  KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, New Jersey 07090-1497
Telephone: (908) 654-5000
Fax: (908) 654-7866
Email: ckennedy@dlkm.com

SO ORDERED
This ____ day of February 2005

_____
Mark R. Kravitz, U.S.D.J.

Stip. Order of Dismissal (1_31_05).DOC

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing Stipulated Order of Dismissal was mailed by first class mail, postage prepaid, this 2nd day of February, 2005 to:

Michael J. Dorney
Ben A. Solnit
Tyler Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT 06509-1910

Charles P. Kennedy
Marcus J. Millet
Erez Liebermann
Lerner, David, Littenberg, Krumholz & Mentlik, LLP
600 South Avenue West
Westfield, NJ 07090-1497

*Catherine O'Connor*
Catherine Dugan O'Connor